# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| J.S., a minor, by his mother and next friend, PATRICE STEPHENS, *et al.*<br>　　　Plaintiffs<br><br>　　　v.<br><br>GOV. OF DISTRICT OF COLUMBIA, *et al.*<br>　　　Defendants. | :<br>:<br>:<br>:<br>:<br>: **CIVIL ACTION NO. 07-1265(RMC)**<br>:<br>:<br>:<br>: |

## BILINGUAL COMMUNITY ACADEMY PUBLIC CHARTER SCHOOL'S AMENDED ANSWER

COMES NOW, Bilingual Community Academy Public Charter School ("ABC") and submits its Amended Answer pursuant to Fed. R. Civ. P. 15(a) and 8(c).

1. Paragraph one is Plaintiffs' characterization of the action to which no response is required. If a response is required, then the same is denied. Defendant admits the existence of the statutes named in paragraph one, but denies that this Court has jurisdiction thereunder.

2. Defendant lacks knowledge and information sufficient to enable them to answer this allegation, at this time.

3. Admitted.

4. Defendant lacks knowledge and information sufficient to enable them to answer this allegation, at this time.

5. Admitted.

6. Admitted as to the student having an IEP and attending ABC for the 2006-2007 school year. As for the rest of paragraph 6, Defendant lacks knowledge and information

sufficient to enable them to answer this allegation, at this time.

7. Admitted.

8. Admitted that ABC cannot implement a full time IEP. Denied as to the rest of the allegations in paragraph 8.

9. This allegation is a conclusion of law and/or of the pleader to which no response is required. If a response is required, then the same is denied.

10. Sentence 1 is a conclusion of law and/or of the pleader to which no response is required. If a response is required, then the same is denied. As for the remainder of paragraph 10, Defendant lacks knowledge and information sufficient to enable them to answer this allegation, at this time.

11 - 14. Defendant lacks knowledge and information sufficient to enable them to answer this allegation, at this time.

15. The administrative record speaks for itself. If a response is required, then the same is denied.

16. Admitted as to what Plaintiff's counsel argued at the due process hearing.

17. The administrative record speaks for itself. This allegation is the pleader's interpretation of the witness's testimony to which no response is required. If a response is required, then the same is denied.

18. Admitted as to the parent being uncooperative in the evaluation process and the Defendant attempting to get prior evaluations from DCPS before conducting its own evaluations. Also admitted that the student made academic progress while at ABC. The remaining allegations in paragraph 18 are denied.

19. The Hearing Officer's Determination ("HOD") speaks for itself. This allegation is the pleader's interpretation of the HOD to which no response is required and is a conclusion of law and/or of the pleader to which no response is required. If a response is required, then the same is denied.

20. The HOD speaks for itself. This allegation is the pleader's interpretation of the HOD to which no response is required. If a response is required, then the same is denied.

21-24. The HOD speaks for itself. This allegation is the pleader's interpretation of the HOD to which no response is required and is a conclusion of law and/or of the pleader to which no response is required. If a response is required, then the same is denied.

25. In answer to this allegation, Defendant incorporates by reference its answers to paragraphs 1-24.

26. This allegation is a conclusion of law and/or of the pleader to which no response is required. If a response is required, then the same is denied.

27. In answer to this allegation, Defendant incorporates by reference its answers to paragraphs 1-26.

28. This allegation is a conclusion of law and/or of the pleader to which no response is required. If a response is required, then the same is denied.

29. In answer to this allegation, Defendant incorporates by reference its answers to paragraphs 1-28.

30. This allegation is a conclusion of law and/or of the pleader to which no response is required. If a response is required, then the same is denied.

31. In answer to this allegation, Defendant incorporates by reference its answers to paragraphs

1-30

32. This allegation is a conclusion of law and/or of the pleader to which no response is required. If a response is required, then the same is denied.

33. In answer to this allegation, Defendant incorporates by reference its answers to paragraphs 1-32.

34. This allegation is a conclusion of law and/or of the pleader to which no response is required. If a response is required, then the same is denied.

35. In answer to this allegation, Defendant incorporates by reference its answers to paragraphs 1-34.

36. This allegation is a conclusion of law and/or of the pleader to which no response is required. If a response is required, then the same is denied. The Defendant is without knowledge regarding student D.A.

37. In answer to this allegation, Defendant incorporates by reference its answers to paragraphs 1-36.

38. This allegation is a conclusion of law and/or of the pleader to which no response is required. If a response is required, then the same is denied.

39. In answer to this allegation, Defendant incorporates by reference its answers to paragraphs 1-38.

40. This allegation is a conclusion of law and/or of the pleader to which no response is required. If a response is required, then the same is denied.

41. In answer to this allegation, Defendant incorporates by reference its answers to paragraphs 1-40.

42. The HOD speaks for itself. This allegation is the pleader's interpretation of the HOD to which no response is required and is a conclusion of law and/or of the pleader to which no response is required. If a response is required, then the same is denied.

43. In answer to this allegation, Defendant incorporates by reference its answers to paragraphs 1-42.

44. The HOD speaks for itself. This allegation is the pleader's interpretation of the HOD to which no response is required and is a conclusion of law and/or of the pleader to which no response is required. If a response is required, then the same is denied.

### FIRST AFFIRMATIVE DEFENSE

The complaint fails to state a claim upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

The decision of the hearing officer at issue is supported by substantial evidence, is in accordance with the applicable law, and should be affirmed by this Court as a matter of law.

### THIRD AFFIRMATIVE DEFENSE

The complaint is time barred by the Statute of Limitations.

Respectfully submitted,
_____/s/_____
Paul S. Dalton, Esq
D.C. Bar No. 439118
Dalton & Dalton, P.C.
1008 Pendleton Street

Alexandria, Virginia 22314  
(703) 739-4300 (ph)  
(703) 739-2323 (fax)  
p.dalton@daltonlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically on this 13th day of August, 2007.

_____/s/_____  
Paul S. Dalton, Esq.  
Counsel for Plaintiff