UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| J.S., a minor <br> by her mother and next friend, <br> PATRICE STEPHENS <br><br> Plaintiff <br><br> v. <br><br> DISTRICT OF COLUMBIA, et al <br><br> Defendants | * <br> * <br> * <br> * <br> * <br> * Civil Action No. 07-01265 (RMC) <br> * <br> * <br> * <br> * <br> * |

**CONSENT MOTION FOR ENLARGMENT OF TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL DISMISS**

The Plaintiff, by and through its undersigned counsel, respectfully requests that the Court grant it an additional thirty (30) days to file an opposition to Defendants' Motion for Partial Dismissal of Plaintiff's Complaint. In support thereof, the Plaintiff states as follows:

1. That on or about July 16, 2007, Plaintiff filed a complaint in the above captioned matter.

2. That on August 8, 2007, Defendants filed a motion for partial dismissal of Plaintiff complaint premised on Plaintiff's alleged failure to state a claim under the Civil Rights Act 42 U.S.C. § 1983 and Rehabilitation Act 29 U.S.C. § 794.

3. That Plaintiff's response in opposition to Defendants' motion to dismiss is due on Wednesday August 22, 2007.

4. That Plaintiff cannot file her opposition by the due date because Plaintiff's counsel is heavily engaged with the press of other Court matters.

1

5. That an extension of time within which to file a response to Defendants' motion to dismiss is necessary because Plaintiff intends to oppose the motion to dismiss her complaint.

6. The Plaintiff submits that no party would be prejudiced by the requested extension of time. Moreover, counsel for Defendant District of Columbia consents to the relief requested herein.

WHEREFORE, Plaintiffs respectfully request that this Honorable Court grant a thirty day extension of time, up to and including Friday, September 21, 2007, to file a response to Defendants motion for partial dismissal in this matter.

Respectfully Submitted,<br>
THE IWEANOGES' FIRM, P.C.<br>
<br>
_____/s/*Jude Iweanoge*/s/_____<br>
Jude C. Iweanoge (DCB#493241)<br>
IWEANOGE LAW CENTER<br>
1026 Monroe Street, NE<br>
Washington, DC 20017<br>
Phone: (202) 347-7026<br>
Fax: (202) 347-7108<br>
Email: jci@iweanogesfirm.com<br>
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| J.S., a minor * <br> by her mother and next friend, * <br> PATRICE STEPHENS * <br>  * <br>  Plaintiff * <br>  * <br>  v. * <br>  * <br> DISTRICT OF COLUMBIA, et al * <br>  * <br>  Defendants * | Civil Action No. 07-01265 (RMC) |

### POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO FILE OPPOSITON TO MOTION TO DISMISS

1. Fed. R. Civ. P. 6(b).

2. Fed. R. Civ. P. 12

3. The interest of justice and the record herein.

Respectfully Submitted,
THE IWEANOGES' FIRM, P.C.


_____/s/*Jude Iweanoge*/s/_____
Jude C. Iweanoge (DCB#493241)
IWEANOGE LAW CENTER
1026 Monroe Street, NE
Washington, DC  20017
Phone: (202) 347-7026
Fax: (202) 347-7108
Email: jci@iweanogesfirm.com
Attorney for Plaintiff

3