UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **J.S., a minor**, *et al.*,  )<br>)<br>      **Plaintiffs**,  )<br>)<br>    v.  )<br>)<br>**DISTRICT OF COLUMBIA**, *et al.*,  )<br>)<br>      **Defendants**.  )<br>) | Civil Action No. 07-1265 (RMC) |

**ORDER**

For the reasons stated in the Memorandum Opinion filed simultaneously with this Order, it is hereby

**ORDERED** that Plaintiffs' Motion for Leave to Late File Plaintiffs' Opposition to Defendant Bilingual's Motion to Dismiss [Dkt. #8] is **GRANTED** and the opposition is accepted for filing; and it is

**FURTHER ORDERED** that Defendant Bilingual Community Academy Public Charter School's Motion to Dismiss [Dkt. #5] is **GRANTED**; and it is

**FURTHER ORDERED** that all other pending motions are **DENIED AS MOOT**; and it is

**FURTHER ORDERED** that the Complaint in this matter is **DISMISSED**. This is a final appealable order. *See* Fed. R. App. P. 4(a). This case is closed.

      **SO ORDERED.**

                                          _____/s/_____
                                          ROSEMARY M. COLLYER
                                          United States District Judge

DATE: February 7, 2008

DATE: February 7, 2008